RECEIVED
IN LAKE CHARLES, LA.

DEC 17 2014

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| THOMAS DAIGLE, | * | CIVIL ACTION NO. 2:13-cv-3103 |
| | * | |
| Petitioner, | * | |
| v. | * | |
| | * | JUDGE MINALDI |
| WARDEN LASALLE CORRECTIONAL | * | |
| CENTER A/K/A JEFF WINDHAM, | * | |
| | * | |
| Respondent. | * | MAGISTRATE JUDGE KAY |

*************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 9] of the Magistrate Judge previously filed herein, to which the petitioner has filed Objections [Doc. 12], after an independent review of the record, a *de novo* determination of the issues, having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for the writ of *habeas corpus* be and hereby is **DENIED**.

**IT IS FURTHER ORDERED** that considering the record in this case and the requirements of 28 U.S.C. § 2254, the court hereby finds that a certificate of appealability is **DENIED**.

Lake Charles, Louisiana, this 17 day of ___Dec_____, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE